UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

THE MOORE FAMILY TRUST, et al.,

      Plaintiffs / Counter-Defendants,

v.

      CASE No. 2:19-CV-115

      HON. ROBERT J. JONKER

MICHAEL WILLIAM BINGHAM, et al.,

      Defendants / Counter-Claimants.
_____/

## ORDER

In accordance with the Court's previously filed Orders (ECF No. 196, 198, 207), Defendants' motion for summary judgment (ECF No. 208) is **DISMISSED WITHOUT PREJUDICE** to Defendants' refiling the same following completion of the ADR process which is when all sides have responded to the case evaluation award or the February 10, 2022, deadline for timely response has run, whichever comes first.

    **IT IS SO ORDERED.**

Dated:   February 1, 2022        /s/ Robert J. Jonker
                                              ROBERT J. JONKER
                                              CHIEF UNITED STATES DISTRICT JUDGE